IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ITAMIC, INC. § | |
| *Plaintiff*, § | |
| § | |
| v. § | C. A. NO: 5:21-cv-00994-OLG |
| § | |
| DEPOSITORS INSURANCE § | |
| COMPANY § | |
| *Defendant*. § | |

### ALTERNATIVE DISPUTE RESOLUTION (ADR) REPORT

Plaintiff, ITAMIC, Inc. and Defendant, Depositors Insurance Company (Collectively "The Parties"), pursuant to the Court's Scheduling Order (Doc. 7) and in accordance with Local Rule CV-88, file this Alternative Dispute Resolution Report, respectfully showing the Court as follows:

### INFORMATION REQUIRED BY RULE CV-88(b)

1. **Status of Settlement Negotiations:**

   The Parties have conferred regarding possibility of negotiation and early resolution of this matter.

2. **Identity of the person responsible for settlement negotiations:**

   A. For Plaintiff:
      Robert W. Loree and Cassandra Pruski

   B. For Defendant Depositors Insurance Company:
      Patrick M. Kemp and Robert G. Wall

3. **Whether alternative dispute resolution is appropriate in this case:**

   The Parties agree that mediation is the appropriate method of ADR for this case.

4. **Timing for alternative dispute resolution:**

   The Parties believe that mediation would provide a forum to attempt meaningful efforts to accomplish resolution of this case at the appropriate time. The parties have agreed to mediate this case with San Antonio mediator, Don Philbin on or before September 30, 2022. The mediator's fee will be split equally between the Parties.

        Respectfully submitted,

        **LOREE & LIPSCOMB**

        By: */s/ Cassandra Pruski*
            **Robert W. Loree**
            State Bar No. 12579200
            rob@lhllawfirm.com
            **Cassandra Pruski**
            State Bar No. 24083690
            cassie@lhllawfirm.com
            The Terrace at Concord Park
            777 East Sonterra Blvd, Suite 320
            San Antonio, Texas 78258
            (210) 404-1320
            (210) 404-1310 – Facsimile

        **COUNSEL FOR PLAINTIFF**

        -AND-

        **SEGAL MCCAMBRIDGE SINGER & MAHONEY**

        By: */s/ Patrick M. Kemp*
            **Patrick M. Kemp**
            State Bar No. 24043751
            pkemp@smsm.com
            **Robert G. Wall**
            State Bar No. 24072411
            rwall@smsm.com
            100 Congress Avenue, Suite 800
            Austin, Texas  78701
            (512) 476-7834
            (512) 476-7832 — Facsimile

        **COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

     I hereby certify that Plaintiff has served a true and correct copy of the foregoing document on May 6, 2022 via the Court's electronic filing system, in accordance with the Federal Rule of Civil Procedures.

        */s/ Cassandra Pruski*
        Cassandra Pruski