**FILED**

October 16, 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____
        Tyler Martin
                          DEPUTY

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **ITAMIC, INC.,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL NO. SA-21-CV-00994-OLG** |
| | § | |
| **DEPOSITORS INSURANCE** | § | |
| **COMPANY,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

This is an insurance dispute over coverage for alleged hail damage to Plaintiff Itamic, Inc.'s (Itamic's) commercial property under the policy it purchased from Defendant Depositors Insurance Company (Depositors). Itamic initiated this action in state court by filing its Original Petition, alleging that the property sustained substantial damages as a result of a wind and hail storm in May 2020 and that Depositors breached its obligation to pay the full proceeds due under the policy. (*See* Dkt. No. 1-1 at 3.) Depositors then removed this matter to federal court. (*See* Dkt. No. 1.) The Court has subject-matter jurisdiction over this controversy pursuant to 28 U.S.C. § 1332. Now pending before the Court is Depositors's Motion for Summary Judgment. (*See* Dkt. No. 18.) Itamic has opposed the Motion (*see* Dkt. No. 21) and Depositors has filed a reply (*see* Dkt. No. 22).

The Court, after careful consideration of the parties' briefing, the record, and the applicable law, finds that Depositors's Motion should be denied. There are genuine disputes as to material facts that must be determined by a jury in this case and, thus, summary judgment is not appropriate. *See Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 255 (1986) ("Credibility determinations, the weighing of the evidence, and the drawing of legitimate inferences from the facts are jury functions . . . .").

It is therefore **ORDERED** that Defendant Depositors Insurance Company's Motion for Summary Judgment (Dkt. No. 18) is **DENIED**.

It is so **ORDERED**.

**SIGNED** this 13th day of October, 2023.

_____
ORLANDO L. GARCIA
United States District Judge