# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ITAMIC, INC.<br>    *Plaintiff,* | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO: 5:21-cv-00994-OLG |
| DEPOSITORS INSURANCE COMPANY<br>    *Defendant.* | §<br>§<br>§ | |

## JOINT NOTICE OF SETTLEMENT

The Parties are pleased to announce they have reached a settlement agreement in this matter. The Parties anticipate they will have the settlement finalized within forty-five (45) days from today and will file a joint stipulation of dismissal with the Court. Accordingly, the Parties ask that all deadlines be abated and that this case be removed from the Court's trial docket.

    Respectfully submitted,

    LOREE & LIPSCOMB

    By: */s/ Cassandra Pruski*
    **Robert W. Loree**
    State Bar No. 12579200
    rob@lhllawfirm.com
    **Cassandra Pruski**
    State Bar No. 24083690
    cassie@lhllawfirm.com
    The Terrace at Concord Park
    777 East Sonterra Blvd, Suite 320
    San Antonio, Texas 78258
    (210) 404-1320
    (210) 404-1310 – Facsimile

    COUNSEL FOR PLAINTIFF

-AND-

**SEGAL MCCAMBRIDGE SINGER & MAHONEY**

By: */s/ Patrick M. Kemp*
    **Patrick M. Kemp**
    State Bar No. 24043751
    pkemp@smsm.com
    **Robert G. Wall**
    State Bar No. 24072411
    rwall@smsm.com
    100 Congress Avenue, Suite 800
    Austin, Texas 78701
    (512) 476-7834
    (512) 476-7832 — Facsimile

**COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that Plaintiff has served a true and correct copy of the foregoing document on October 18, 2023, via the Court's electronic filing system, in accordance with the Federal Rule of Civil Procedures.

*/s/ Cassandra Pruski*
Cassandra Pruski